# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JASON F. BENNETT,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-90
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

On April 26, 2017, the Magistrate Judge issued a Report and Recommendation in this case ("Report and Recommendation") (ECF No. 28) recommending that the Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) of the Social Security Act (ECF No. 26) be granted. Plaintiff was awarded $65,146.00 in past due benefits, of which the Commissioner withheld 25% ($15,285.25) for attorneys' fees. Plaintiff's counsel asked the Court to approve a fee in the amount of $10,000.00 (subject to an offset for the EAJA award), which the Magistrate Judge recommended granting. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation (ECF No. 28) is **ADOPTED** and the Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) (ECF No. 26) is **GRANTED**.

**IT IS SO ORDERED.**

5-30-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE